UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                         Case No. C.06-cv-211-JM

<u>Nancy R. Berry</u>

## R E C U S A L   O R D E R

I hereby recuse myself from the above captioned case due to the appearance of Scott H. Harris, Esq. and Steven J. Dutton, Esq. of McLane, Graf, Raulerson, and Middleton, my previous firm.

SO ORDERED.

September 15, 2006                        <u>/s/ James R. Muirhead</u>
                                                    James R. Muirhead
                                                    United States Magistrate Judge

cc:    Steven J. Dutton, Esq.
         Scott H. Harris, Esq.
         Karen A. Smith, Esq.